IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY ALLEN PARSONS, | ) |
| Plaintiff, | ) Case No. 1:10-cv-40-SJM-SPB |
| v. | ) |
| KENT W. CANNON, *et al.*, | ) |
| Defendants. | ) |

**MEMORANDUM JUDGMENT ORDER**

Plaintiff's complaint in this civil rights action was received by the Clerk of Court on February 18, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on February 2, 2011 [24], recommends that the Defendants' motion to dismiss or, in the alternative, motion for summary judgment [18] be granted. Plaintiff's objections [25] were filed on February 24, 2011. After de novo review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 25th Day of February, 2011;

IT IS ORDERED that Defendants' motion to dismiss or, in the alternative, motion for summary judgment [18] be, and hereby is, GRANTED. JUDGMENT is hereby entered in favor of all Defendants and against Plaintiff, Timothy Allen Parsons.

The Report and Recommendation of Magistrate Judge Baxter, filed on February 2, 2011 [18], is adopted as the opinion of this Court.

       s/ <u>Sean J. McLaughlin</u>
       SEAN J. McLAUGHLIN
       United States District Judge

cm:    All parties of record
       U.S. Magistrate Judge Susan Paradise Baxter